*In re* **GABE**, Caryl Jacobs (MR 21734)
Barrington, IL

Order of the Court:

The petition by respondent Caryl Jacobs Gabe for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for six months, as recommended by the Review Board. Suspension effective October 9, 2007. Respondent Caryl Jacobs Gabe shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.